UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD C. SILVA,<br><br>　　　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　　　　Defendants | Case No. 3:23-cv-00419-LRH-CSD<br><br>ORDER |

　　　According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated. But Plaintiff has not filed his updated address with the Court. And Plaintiff's mail has been returned as undeliverable, noting that he was paroled in October 2023. (ECF No. 4). Nevada Local Rule of Practice IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. L.R. IA 3-1.

　　　It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for inmate (ECF No. 1) is denied as moot because he is no longer incarcerated.

　　　It is further ordered that **on or before March 8, 2024**, Plaintiff must either pay the full $402 filing fee for this action or file a completed application to proceed *in forma pauperis* for non-inmates.

　　　It is further ordered that **on or before March 8, 2024**, Plaintiff must file his updated address with the Court.

　　　Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. Dismissal without prejudice allows Plaintiff to refile his case with the Court, under a new case number, when he can provide his updated address and either pay the required filing fee or apply for *in forma pauperis* status for non-inmates.

1  It is further ordered that the Clerk of the Court will send Plaintiff Ronald Silva the
2  approved form application to proceed *in forma pauperis* for non-inmates and the
3  document titled information and instructions for filing an *in forma pauperis* application.

5  DATED THIS 7th day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE